IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAGI A. KAID, | No. C-09-3773 MMC |
| Plaintiff, | **ORDER RE: PLAINTIFF'S LETTER REQUESTING DISMISSAL** |
| v. | |
| ABLE BUILDING MAINTENANCE, | |
| Defendant. | |

The Court is in receipt of plaintiff Nagi A. Kaid's letter, filed November 12, 2009, by which plaintiff seeks to dismiss the instant action and proceed solely in state court.

Defendant Able Building Maintenance shall file a response, if any, no later than November 25, 2009. If no objection is timely filed, the Court will dismiss the action without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: November 16, 2009

MAXINE M. CHESNEY
United States District Judge