United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NAGI A. KAID,

          Plaintiff,

  v.

ABLE BUILDING MAINTENANCE,

          Defendant.

_____/

No. C-09-3773 MMC

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

      On November 12, 2009, plaintiff Nagi A. Kaid filed a letter by which plaintiff sought to dismiss the above-titled action.  By order filed November 16, 2009, the Court directed defendant Able Building Maintenance to file a response, if any, no later than November 25, 2009, and advised the parties that the action would be dismissed without prejudice if no such response was filed.  To date, no response has been filed.

      Accordingly, the above-titled action is hereby DISMISSED without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

      **IT IS SO ORDERED.**

Dated:  November 30, 2009

                               _MAXINE M. CHESNEY_
                               United States District Judge