IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NAGI A. KAID,

        Plaintiff,

v.

ABLE BUILDING MAINTENANCE,

        Defendant.

               /

No. CV-09-3773 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: November 30, 2009

                                    Richard W. Wieking, Clerk

                                    By: Tracy Lucero
                                    Deputy Clerk